UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                                              :

ELLIOT MCGUCKEN,

                              Plaintiff,

-against-

CONTENT IQ LLC et al.,

                              Defendant.

**ORDER REGULATING PROCEEDINGS**

20 Civ. 8114 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The senior members of counsel of each party shall appear on October 14, 2021 at 3:00 p.m., Courtroom 14D, to argue and allow the Court to resolve the discovery dispute described in the joint letter filed on October 8, 2021 (ECF No. 23), unless the issues are resolved before then.

        SO ORDERED.

Dated:    October 11, 2021                        /s/ Alvin K. Hellerstein
            New York, New York             ALVIN K. HELLERSTEIN
                                                                   United States District Judge