UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                                              :

ELLIOT MCGUCKEN,

                             Plaintiff,

     -against-

CONTENT IQ LLC et al.,

                            Defendant.

**ORDER REGULATING PROCEEDINGS**

20 Civ. 8114 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

       The parties have tendered an extensive array of discovery disputes by joint letter of October 8, 2021. ECF No. 23. It is obvious, from reading a number of these disputes, that Defendant's objections define Plaintiff's discovery rights much too narrowly and, if maintained, may well be frivolous and lead to sanctions as to many of the discovery requests. Plaintiff is entitled to all relevant information, including information that reasonably may lead to admissible evidence.

       The hearing scheduled for tomorrow October 14, 2021 (ECF No. 24) is canceled. The parties shall engage in a face-to-face meeting lasting at least two hours to review the discovery requests and objections and, if disputed issues remain, tender a new joint letter under my Individual Rule 2E.

       SO ORDERED.

Dated:     October 13, 2021                        /s/ Alvin K. Hellerstein
             New York, New York                 ALVIN K. HELLERSTEIN
                                                               United States District Judge